**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 18, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00424-CV

### IN RE MEREDITH JOHNSON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-62105**

### MEMORANDUM OPINION

On May 21, 2019, relator Meredith Johnson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Linda Dunston, presiding judge of the 309th District Court of Harris County, to vacate the

portion of her May 9, 2019 order denying Meredith's motion to decline jurisdiction under section 152.207 of the Texas Family Code.

To obtain mandamus relief, a relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam). Relator has not shown that the trial court clearly abused its discretion. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.